■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDGAR MONTES, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Santagata, J.), imposed June 22, 1987.

Ordered that the sentence is affirmed *(see, People v Broadie,* 37 NY2d 100, *cert denied* 423 US 950; *People v Buffa,* 139 AD2d 751).* Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.